UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
ROGELIO SOTOY SICAJAU, et al.,                      :
                                                    :
                 Plaintiffs,                        :      ORDER
                                                    :
       -v.-                                         :
                                                    :      19 Civ. 9133 (GBD) (GWG)
                                                    :
GODZILLA JAPANESE REST., INC., et al.,              :
                                                    :
                 Defendants.                        :
-----------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

    The parties shall file the "Proposed Scheduling Order" required by Docket # 31 <u>on or before Monday, March 16, 2020 at 12:00 noon</u>. The conference scheduled for Tuesday, March 17, 2020 at 2:45 p.m. is changed to a <u>telephone</u> conference <u>and the time is changed to 3:30 p.m.</u> At that time, counsel for plaintiff is directed to place a call to the Court at (212) 805-4260 with all parties on the line. If the call is arranged through a commercial communications service, counsel arranging the call may telephone chambers at the time of the conference and inform chambers of the telephone number and access code that may be used to dial into the call. Only a toll-free service should be used.

    Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the order.

SO ORDERED.

Dated: March 13, 2020
       New York, New York

                                           GABRIEL W. GORENSTEIN
                                           United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/20