# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

February 2, 2021

## MEMORANDUM ENDORSEMENT

**VIA ECF**

Hon. Gabriel W. Gorenstein, U.S.M.J.  
United States District Court for the Southern District of New York  
500 Pearl St.  
New York, NY 10007-1312

         Re:    *Sotoy Sicajau et al v. Godzilla Japanese Rest., Inc. et al*  
                1:19-cv-09133-GBD- GWG

Your Honor:

    This office represents the Plaintiff in the above-referenced matter. Pursuant to Your Honor's Order dated January 22, 2021, I write, with the consent of counsel for Defendants, Gabriel Mendelberg, Esq., to respectfully request an extension of the deadline to file the pretrial order materials (See Dkt. No. 41).

    While the parties have reached an agreement to settle this action, Individual Defendant Carl Waltzer is under a 10-day home quarantine directive and, neither he, nor Individual Defendant Linda Waltzer, can notarize the agreement during the quarantine. The parties anticipate that they will complete the execution agreement within the next 2 weeks. This is the second request of this kind, the previous request was granted.

    We thank the Court for its continued time and attention to this matter.

                                                    Sincerely,

                                                  /s/ Catalina Sojo  
                                               Catalina Sojo, Esq.  
                                               Michael Faillace & Associates, P.C.  
                                               *Attorneys for Plaintiff*

**The deadline for filing of pre-trial order materials is extended to March 5, 2021.**

CC: Gabriel Mendelberg, Esq. (via ECF)  
      *Attorney for Defendants*

So Ordered.

*/s/ Gabriel W. Gorenstein*  
GABRIEL W. GORENSTEIN  
United States Magistrate Judge  
**February 3, 2021**

*Certified as a minority-owned business in the State of New York*