USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAR 31 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

ROGELIO SOTOY SICAJAU, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

GODZILLA JAPANESE REST., INC., *d/b/a Monster Sushi*, MONSTER SUSHI REST. INC., *d/b/a Monster Sushi*, CARL WALTZER, LINDA WALTZER, and ON LE,

Defendants.

------------------------------------ x

ORDER

19 Civ. 9133 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

Plaintiff and Defendants have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF No. 49) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiff in the amount of $19,472.22 is approved;

2. The payment of attorneys' fees and expenses to Plaintiff's attorneys in the amount of $10,527.78 is approved.

Dated: New York, New York
March 31, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge